IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTA PRODUCTS, INC., et al., | No. C 05-02273 CRB |
| Plaintiffs, | **ORDER GRANTING WITHDRAWAL OF THE REFERENCE** |
| v. | |
| TRANSGLOBAL COMMUNICATIONS, et al., | |
| Defendants. | |

    Now pending before the Court is plaintiff's motion to withdraw the reference of adversary proceeding from bankruptcy court to the United States District Court pursuant to 28 U.S.C. § 157(b), (c), and (d). As the deadline for filing an opposition has passed, and as no opposition has been filed, and as it appears that non-core proceedings dominate over the core proceedings, plaintiff's motion is GRANTED.

    The parties shall appear for an initial case management conference on September 9, 2005 at 8:30 a.m.

    **IT IS SO ORDERED.**

Dated: July 8, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2273\orderrewithdrawal.wpd

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28