JOHN D. O'CONNOR (No. 54232)
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone: 415/434-1600
Facsimile: 415/217-5910

Attorneys for Defendant
TIMOTHY P. QUINN

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTA PRODUCTS, INC., the Debtor in Possession, and DANA McCURNIN, Trustee of the Betta Products Litigation Trust,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSGLOBAL COMMUNICATIONS, ANDREW DYAKON, ROBERT RASCHKE, RALPH BECKER, TIMOTHY P. QUINN and STEVE PRESCOTT,<br><br>Defendants. | Case No. C 05-02273 CRB<br><br>**SUBSTITUTION OF ATTORNEYS** |

I, TIMOTHY P. QUINN, a defendant in the above-entitled matter, hereby substitute Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, Three Embarcadero Center, Seventh Floor, San Francisco, CA 94111-4024, as my attorneys in the place and stead of Michael C. Fallon.

Dated: August __, 2005    IT IS SO ORDERED

_____
Timothy P. Quinn

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE
Sept. 06, 2005
DATE

SUBSTITUTION OF ATTORNEYS                                          CASE NO. 05-02273 CRB