IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>BETTA PRODUCTS, INC., a California Corporation,<br><br>Debtor,<br>BETTA PRODUCTS, INC., et al.,<br><br>Plaintiffs,<br>v.<br>TRANSGLOBAL COMMUNICATIONS, et al.,<br><br>Defendants. | No. C 05-02273 CRB<br><br>Bankruptcy Case No. 03-10925 AJ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CONTINUING HEARING ON MOTION TO RECONSIDER** |

Having considered the stipulation of the parties requesting a continuance of the Case Management Conference currently set for October 7, 2005, at 8:30 a.m., and a continuance of the hearing on Plaintiff's Motion for Reconsideration of the Order Dismissing Dana McCurnin as a Plaintiff currently set for October 21, 2005, at 10:00 a.m., it is **HEREBY ORDERED:**

1.  The Case Management Conference set for October 7, 2005, shall be continued until November 18, 2005, at 10:00 a.m.

1  2. The hearing on Plaintiff's Motion for Reconsideration set for October 21,
2  2005, shall be continued until November 18, 2005, at 10:00 a.m.
3  These hearings shall be set together on the calendar with the hearing on Defendants'
4  Second Motion to Strike and Defendants' Second Motion to Dismiss.

**IT IS SO ORDERED.**

DATED: __October 7, 2005__



_____
CHARLES R. BREYER
UNITED STATES