UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: BETTA PRODUCTS                        C05-2273 CRB (JCS)

**ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER [Docket No. 74] AND FILING OF REPLY BRIEF**

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

IT IS HEREBY ORDERED THAT the hearing on Plaintiff's Motion for Protective Order has been set for **January 20, 2006, at 1;30 p.m.,** before Magistrate Judge Spero Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

IT IS HEREBY FURTHER ORDERED THAT Plaintiff's shall file their reply brief by **January 6, 2006**. No additional briefs will be allowed.

IT IS SO ORDERED.

Dated:  December 16, 2005

_____
JOSEPH C. SPERO
United States Magistrate Judge