UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BETTA PRODUCTS | C05-2273 CRB (JCS) |
| | **ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER [Docket No. 74]** |

On December 9, 2005, the parties filed a Joint Letter brief regarding disputed issues as to Plaintiff's Motion for Protective Order (the "Motion").

On January 20, 2006, the Court heard arguments on the Motion. Darren Brinkman and Laura Portillo, appeared for Plaintiff. Leslie M. Werlin, appeared for Defendants.

For reasons stated on the record,

IT IS HEREBY ORDERED that the Motion is Granted. The parties are ordered to meet-and-confer, **by February 3, 2006,** to prepare and submit a proposed form of stipulated protective order.

IT IS HEREBY FURTHER ORDERED that before filing any future discovery motions, lead trial counsel for Plaintiff, and lead trial counsel for Defendant, shall meet and confer, **in person**. Any side may demand a meeting on ten (10) days' notice. The location of the meet-and-confer session shall alternate with the first meeting location to be at the office to be chosen by counsel for Plaintiff and the second meeting location to be at the office to be chosen by counsel for Defendant. At the conclusion of the meet-and-confer session the parties shall submit a Joint Letter brief to the Court. This Joint Letter shall include a description of every issue in dispute and, with respect to each such issue, a detailed summary of each party's final substantive position and their final proposed compromise on each issue. Upon receipt of the Joint Letter the Court will then

//

1  determine what additional proceedings are necessary.

2      IT IS SO ORDERED.

4  Dated: January 25, 2006

                          JOSEPH C. SPERO
                          United States Magistrate Judge

**United States District Court**
For the Northern District of California

2