VAN ETTEN SUZUMOTO & BECKET LLP
LESLIE M. WERLIN #67994
LYNN A. WHITCHER #196910
TERESA A. ASCENCIO #217053
1620 26th Street, Suite 6000 North
Santa Monica, California 90404
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendants Transglobal, Prescott, Raschke, Dyakon and Becker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTA PRODUCTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TRANSGLOBAL COMMUNICATIONS, et al., <br><br> Defendants. | CASE NO. CV05-2273-CRB <br><br> **STIPULATION TO LIMIT DISCOVERY; [PROPOSED ORDER]** |

WHEREAS, this action was filed by Betta Products, Inc. ("Plaintiff") against Transglobal Communications, Steve Prescott, Andrew Dyakon, Robert Raschke, Ralph Becker, and Timothy Quinn (collectively "Defendants").

WHEREAS, Plaintiff's third amended complaint asserts the following claims against Defendants: misappropriation of trade secrets under the California Uniform Trade Secrets Act (first claim), breach of fiduciary duty (second claim), unfair competition under California *Business & Professions Code* §17200 (third claim), slander (fourth claim), interference with prospective economic advantage (fifth claim), fraudulent conveyance under 11 *U.S.C.* §548 (sixth claim), a post petition fraudulent conveyance under 11 *U.S.C.* §549 (seventh claim), avoidance of fraudulent transfers under 11 *U.S.C.* §544 and *California Civil Code* §3439.04 (eighth claim) and

/ / /

recovery of avoidable transfer under 11 *U.S.C.* §550 and *California Civil Code* §3439.08 (ninth claim) and each of these claims presents numerous factual and legal issues.

WHEREAS, determination of whether Plaintiff has any protectible trade secrets is an element of Plaintiff's misappropriation of trade secret claim and except for Plaintiff's slander claim, all of Plaintiff's claims depend, in part, on Plaintiff's first claim for misappropriation of trade secrets;

WHEREAS, counsel for Plaintiff and Defendants believe that this stipulation will substantially aid in resolution of this matter and it has the real potential for a considerable saving of resources of the parties and the Court;

WHEREAS, it is the intention of counsel to bring cross-motions for summary adjudication on the issue of whether Betta has any trade secrets and the slander issue after conducting discovery thereon as set forth herein.

WHEREFORE, IT IS STIPULATED AND AGREED that:

1. Until August 15, 2006, discovery in this matter conducted pursuant to *F.R.Civ.P* 26-37 and 45 or under any discovery treaty, including discovery directed to non-parties, is limited to the following: (1) what are Betta's alleged trade secrets and are they trade secrets within the meaning of the California Uniform Trade Secrets Act; (2) the slander claim including any affirmative defenses thereto. Discovery on all other issues is stayed for the time period set forth herein or until earlier permitted by the Court.

2. Nothing set forth herein bars the parties from engaging in discovery on other issues if mutually agreed;

3. Nothing set forth herein bars the parties from engaging in investigation, trial preparation or evidence gathering on any issue in this action by means other than discovery under *F.R.Civ.P* 26-37 and 45 or under any discovery treaty.

/ / /
/ / /
/ / /
/ / /

1  4. Nothing set forth herein relieves any of the parties from their disclosure
2 requirements under *F.R.Civ.P* 26 or from any other discovery obligation related to discovery
3 conducted as permitted hereunder.
4  5. This stipulation may be executed in counterparts, each of which taken together
5 constitutes the original.

6

7 DATED: February 9, 2006          BRINKMAN PORTILLO, PC

8

9

10                                 By: /s/ Laura Portillo
                                   Laura Portillo
11                                 Special Counsel to Plaintiffs, Betta Products, Inc.
                                   and Dana McCurnin, the Trustee of the
12                                 Betta Products Litigation Trust

13 DATED: February ___, 2006        VAN ETTEN, SUZUMOTO & BECKETT, LLP

14

15                                 By:_____
16                                     Leslie Werlin
                                   Counsel for Defendants, Transglobal
17                                 Communications, Andrew Dyakon, Robert
                                   Raschke, Ralph Becker and Steve Prescott
18

19 DATED: February ___, 2006        HOWARD, RICE, NEMEROVSKI, CANADY,
20                                  FALK & RABKIN

21

22                                 By:_____
                                       John O'Conner
23                                 Counsel for Defendant Timothy Quinn

24
25
26
27
28

281982.3
Case No. CV-05-2273-CRB                    3
Stipulation To Limit Discovery; Order

4. Nothing set forth herein relieves any of the parties from their disclosure requirements under *F.R.Civ.P* 26 or from any other discovery obligation related to discovery conducted as permitted hereunder.

5. This stipulation may be executed in counterparts, each of which taken together constitutes the original.

DATED: February ___, 2006           BRINKMAN PORTILLO, PC


By:_____
   Laura Portillo
Special Counsel to Plaintiffs, Betta Products, Inc.
and Dana McCurnin, the Trustee of the
Betta Products Litigation Trust

DATED: February 10, 2006            VAN ETTEN, SUZUMOTO & BECKETT, LLP


By:_____
   Leslie Werlin
Counsel for Defendants, Transglobal
Communications, Andrew Dyakon, Robert
Raschke, Ralph Becker and Steve Prescott

DATED: February ___, 2006           HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN


By:_____
   John O'Conner
Counsel for Defendant Timothy Quinn

4. Nothing set forth herein relieves any of the parties from their disclosure requirements under *F.R.Civ.P* 26 or from any other discovery obligation related to discovery conducted as permitted hereunder.

5. This stipulation may be executed in counterparts, each of which taken together constitutes the original.

DATED: February ___, 2006

BRINKMAN PORTILLO, PC

By:_____
Laura Portillo
Special Counsel to Plaintiffs, Betta Products, Inc. and Dana McCurnin, the Trustee of the Betta Products Litigation Trust

DATED: February ___, 2006

VAN ETTEN, SUZUMOTO & BECKETT, LLP

By:_____
Leslie Werlin
Counsel for Defendants, Transglobal Communications, Andrew Dyakon, Robert Raschke, Ralph Becker and Steve Prescott

DATED: February 08, 2006

HOWARD, RICE, NEMEROVSKI, CANADY, FALK & RABKIN

By:_____
John O'Conner
Counsel for Defendant Timothy Quinn

**[PROPOSED] ORDER**

IT IS SO ORDERED that the terms of the Stipulation set forth above are adopted as the terms of this Order.

DATED: February 15, 2006



United States District Court Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*