JOHN D. O'CONNOR (No. 54238)
Attorney At Law
One Embarcadero Center, Suite 1020
San Francisco, CA 94111
Telephone: (415) 782-0230
Facsimile: (415) 981-0222

Attorneys for Defendant
TIMOTHY P. QUINN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| BETTA PRODUCTS, INC., the Debtor in Possession, and DANA MCCURNIN, Trustee of the Betta Products Litigation Trust,<br><br>Plaintiff,<br>vs.<br><br>TRANSGLOBAL COMMUNICATIONS, ANDREW DYAKON, ROBERT RASCHKE, RALPH BECKER, TIMOTHY P. QUINN and STEVE PRESCOTT,<br><br>Defendants. | CASE NO.: C 05-02273 CRB<br><br>SUBSTITUTION OF ATTORNEYS |

I, TIMOTHY P. QUINN, a defendant in the above-entitled matter, hereby substitute John D. O'Connor, Esq., One Embarcadero Center, Suite 1020, San Francisco, CA 94111, as my attorney in the place and stead of Howard Rice Nemerovski Canady Falk & Rabkin.

Dated: August 21, 2006

_____
Timothy P. Quinn

1

SUBSTITUTION OF ATTORNEYS                                      CASE NO. 05-02273 CRB

I, John D. O'Connor accept the substitution.

Dated: August 16, 2006



John D. O'Connor

I consent to the substitution on behalf of Howard Rice Nemerovski Canady Falk & Rabkin.

8/29/06



August 30, 2006



2

SUBSTITUTION OF ATTORNEYS                                    CASE NO. 05-02273 CRB