MCGUIREWOODS LLP
LESLIE M. WERLIN #67994
TERESA A. ASCENCIO #217053
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendants
Transglobal, Prescott, Dyakon

FILED
06 AUG 31 PM 1:47
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTA PRODUCTS, INC., and DANA MCCURNIN<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSGLOBAL COMMUNICATIONS GROUP, USA, INC., et. al.,<br><br>Defendants. | CASE NO. C05-02273 CRB<br>[Assigned to the Hon. Charles R. Breyer]<br><br>**REQUEST FOR TELEPHONIC APPEARANCE ON CONTINUED STATUS CONFERENCE**<br><br>DATE:   September 8, 2006<br>TIME:   8:30 a.m.<br>DEPT:   8 |
| TRANSGLOBAL COMMUNICATIONS GROUP USA, INC.,<br><br>Counterclaimant,<br><br>v.<br><br>BETTA PRODUCTS, INC., a California corporation, and DENNIS WALSH,<br><br>Counterclaim Defendants. | |

TO THE COURT AND TO THE PARTIES THROUGH THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that counsel for Defendants Transglobal, Prescott, Dyakon, Becker and Raschke hereby requests a telephonic appearance at the Continued Status Conference set for September 8, 2006 at 8:30 a.m. in Department 8 of the above-

4138644.1

REQUEST FOR TELEPHONIC APPEARANCE ON CONTINUED STATUS CONFERENCE

1  captioned Court located at 450 Golden Gate Avenue,, San Francisco, California.
2      Pursuant to the Honorable Charles R. Breyer's procedures, counsel for Defendant
3  Transglobal, Prescott, Dyakon, Becker and Raschke and Transglobal, Teresa A. Ascencio,
4  will be available for the hearing by telephone at (310) 801-6965.
5  Dated: September 1, 2006           MCGUIREWOODS LLP

7                      By: _____Teresa A. Ascencio_____
                            Leslie M. Werlin
8                           Teresa A. Ascencio
                            Attorneys for Defendants
9                           TRANSGLOBAL, PRESCOTT, DYAKON

IT IS SO ORDERED

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE
Sept 7, 2006
DATE

4138644.1
2
REQUEST FOR TELEPHONIC APPEARANCE ON CONTINUED STATUS CONFERENCE