1  Daren R. Brinkman (State Bar No. 158698)
   Laura J. Portillo (State Bar No. 186813)
2  BRINKMAN PORTILLO, PC
3  4333 Park Terrace Drive, Suite 205
   Westlake Village, CA 91361
4  Telephone: (818) 597-2992
   Facsimile: (818) 597-2998
5
6  Counsel for Betta Products, Inc., the
   Betta Products Litigation Trust, and
7  Dennis Walsh

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 BETTA PRODUCTS, INC., et al.,           Case No. C 05-02273 CRB

12         Plaintiffs,                     Assigned to Hon. Charles R. Breyer

13     vs.                                 **REQUEST FOR TELEPHONIC
                                           APPEARANCE ON CONTINUED
14 TRANSGLOBAL COMMUNICATIONS, et          STATUS CONFERENCE**
   al.,
15
           Defendant.                      Date:     September 8, 2006
16                                         Time:     8:30 a.m.
   TRANSGLOBAL COMMUNICATIONS              Dept:     8
17 GROUP USA, INC.,                        Location: 450 Golden Gate Avenue
18                                                   San Francisco, CA
           Counterclaimant,
19
   v.
20
   BETTA PRODUCTS, INC., and DENNIS
21 WALSH,
22
           Counterclaim Defendants.
23

24 **TO THE COURT AND TO THE PARTIES THROUGH THEIR COUNSEL OF RECORD:**

25     **PLEASE TAKE NOTICE** that counsel for plaintiffs Betta Products, Inc., Dana McCurnin,

26 and counterclaim defendant Dennis Walsh hereby requests a telephonic appearance at the

27 Continued Status Conference set for September 8, 2006 at 8:30a.m. in Department 8 of the above

28 captioned Court located at 450 Golden Gate Avenue, San Francisco, CA.

                                        1

1  Pursuant to the Honorable Charles R. Breyer's procedures, Laura J. Portillo, counsel for
2  plaintiffs and counterclaim defendants Betta Products, Inc., Dana McCurnin, and Dennis Walsh will
3  be available for the hearing by telephone at (818) 507-2992.
4
5
6  Dated:   September 1, 2006
7                                              BRINKMAN PORTILLO, PC
8
9
10                                             __/s/ Laura J. Portillo_____
                                               Laura J. Portillo
11                                             Counsel for Betta Products, Inc., Dana
                                               McCurnin, and Dennis Walsh
12



                                               September 7, 2006

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

The undersigned certifies and declares as follows:

I am employed in the City of Westlake Village and County of Los Angeles, in the State of California. I am over the age of 18 and not a party to the within action. I am employed by Brinkman Portillo, P.C. whose business address is 4333 Park Terrace Drive, Suite 205, Westlake Village, California 91361.

On **September 1, 2006**, I served the forgoing documents described as:

**REQUEST FOR TELEPHONIC APPEARANCE ON CONTINUED STATUS CONFERENCE**

on the interested parties in this action [X] by placing [] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| McGuire Woods LLP | John D. O'Connor, Esq. |
| Leslie M. Werlin | Attorney at Law |
| Teresa A. Ascencio | One Embarcadero Center, Ste. 1020 |
| 1800 Century Park East, 8th Floor | San Francisco, CA 94111 |
| Los, Angeles, CA 90067 | FAX: 415-981-0222 |
| FAX: 310-315-8210 | |

[X] **BY FAX**
   [X] At approximately 6pm, I caused said document to be transmitted by fax to the above listed numbers.

[X] **BY MAIL**
   [X] I deposited such envelope in an United States Postal Service drop box at Westlake Village, California. The envelope was mailed with postage thereon fully prepaid.

   [X] I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with a United States Postal Service drop box on that same day with postage thereon fully prepaid at Westlake Village, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit of mailing in affidavit.

   [X] (**Federal**) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **September 1, 2006**, at Westlake Village, California.

Jose Perez                    _____