JOHN D. O'CONNOR (No. 54238)
Attorney At Law
One Embarcadero Center, Suite 1020
San Francisco, CA 94111
Telephone: (415) 782-0230
Facsimile: (415) 981-0222

Attorney for Defendant
TIMOTHY P. QUINN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| BETTA PRODUCTS, INC., the Debtor in Possession, and DANA MCCURNIN, Trustee of the Betta Products Litigation Trust,<br><br>    Plaintiff,<br><br>vs.<br><br>TRANSGLOBAL COMMUNICATIONS, ANDREW DYAKON, ROBERT RASCHKE, RALPH BECKER, TIMOTHY P. QUINN and STEVE PRESCOTT,<br><br>    Defendants. | CASE NO.: C 05-02273 CRB<br><br>Assigned to Hon. Charles R. Breyer<br><br>**REQUEST FOR TELEPHONIC APPEARANCE ON CONTINUED STATUS CONFERENCE**<br><br>Date:     September 8, 2006<br>Time:     8:30 a.m.<br>Dept:     8<br>Location: 450 Golden Gate Avenue<br>          San Francisco, CA |
| TRANSGLOBAL COMMUNICATIONS GROUP USA, INC.,<br><br>    Counterclaimant,<br><br>vs.<br><br>BETTA PRODUCTS, INC., and DENNIS WALSH,<br><br>    Counterclaim Defendants. | |

**TO THE COURT AND TO THE PARTIES THROUGH THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that counsel for defendant Timothy P. Quinn hereby requests a telephonic appearance at the Continued Status Conference set for September 8, 2006 at 8:30 a.m.

1

---

REQUEST FOR TELEPHONIC APPEARANCE ON CONTINUED STATUS CONFERENCE
CASE NO. 05-02273 CRB

1  in Department 8 of the above captioned Court located at 450 Golden Gate Avenue, San Francisco,
2  CA.

3      Pursuant to the Honorable Charles R. Breyer's procedures, John D. O'Connor, counsel for
4  defendant Timothy P. Quinn will be available for the hearing by telephone at (415) 999-2528.

6  Dated: September 5, 2006

                                                        John D. O'Connor
                                                        Counsel for Timothy P. Quinn



IT IS SO ORDERED

Judge Charles R. Breyer

September 7, 2006

REQUEST FOR TELEPHONIC APPEARANCE ON CONTINUED STATUS CONFERENCE
CASE NO. 05-02273 CRB