1  MCGUIREWOODS LLP
   LESLIE M. WERLIN #67994
2  1800 Century Park East, 8th Floor
   Los Angeles, California 90067
3  Telephone: (310) 315-8200
   Facsimile: (310) 315-8210
4
   Attorneys for Defendants Transglobal, Prescott, Raschke, Dyakon and Becker
5

6

7                       UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9

10 | BETTA PRODUCTS, INC., and DANA         | CASE NO. CV-05-02273 CRB
   | MCCURNIN,                              | [*Assigned to the Hon. Charles R. Breyer*]
11 |                                        |
   |        Plaintiffs,                     |
12 |                                        | **STIPULATION TO CONTINUE
   |   vs.                                  | HEARING DATE IN MOTION FOR
13 |                                        | ATTORNEY FEES TO DECEMBER 14,
   | TRANSGLOBAL COMMUNICATIONS             | 2007; AND ORDER**
14 | GROUP, USA, INC., et. al.,             |
   |                                        |
15 |        Defendants.                     |
   |                                        |
16 |----------------------------------------|
   | TRANSGLOBAL COMMUNICATIONS             |
17 | GROUP USA, INC.,                       |
   |                                        |
18 |        Counterclaimant,                |
   |                                        |
19 |   vs.                                  |
   |                                        |
20 | BETTA PRODUCTS, INC., et. al,          |
   |                                        |
21 |        Counterdefendants.              |

22

23      WHEREAS, there is now set for hearing in this matter on December 7, 2007 at 10:00 am, a
24 hearing on the motion by Defendants Transglobal Communications, Steve Prescott, Andrew
25 Dyakon, Robert Raschke, Ralph Becker ("Defendants") for attorneys fees ("the Motion").
26      WHEREAS, counsel for Defendants, Mr. Werlin, has a scheduling conflict in a matter
27 pending the Los Angeles Superior Court as *Buck v. Bass*, Case No. EC045053 in which he is
28

counsel for the Defendant in that matter. Mr. Werlin is responsible to preparing and appearing on four motions set for hearing in that matter on December 7, 2007 at 8:30 am in Glendale, California (a suburb of Los Angeles) in a court that conducts law and motion hearings on Friday's only. These motions are: the plaintiff's motion for a protective order, plaintiff's motion to compel discovery, plaintiff's motion to amend the complaint and defendant's motion to compel discovery. Defendant's motion for discovery in the Los Angeles Superior Court case was noticed for December 7 only after plaintiff noticed for hearing on that date the three motions described above.

WHEREAS, all counsel who are moving or responding to the Motion are agreeable to continuing the hearing in this matter from December 7, 2007 to December 14, 2007. Counsel have not stipulated to any continuance past December 14, 2007.

IT IS STIPULATED AND AGREED that:

1. The hearing on the Motion, now set for December 7, 2007 at 10:00 am, is continued to December 14, 2007 at the same time and the dates for filing and serving opposing and replying briefs is adjusted accordingly.

2. This stipulation may be executed in counterparts and by facsimile, each of which taken together constitutes the original.

DATED: November 14, 2007        BRINKMAN PORTILLO, PC

By: /s/ Laura Portillo
Laura Portillo
Special Counsel to Plaintiffs, Betta Products, Inc. and Dana McCurnin, the Trustee of the Betta Products Litigation Trust

DATED: November ___, 2007       MCGUIREWOODS LLP

By: _____
Leslie Werlin
Counsel for Defendants, Transglobal Communications, Andrew Dyakon, Robert Raschke, Ralph Becker and Steve Prescott

4872722.1                                    2
Case No. CV-05-2273-CRB
Stipulation To Continue Hearing On Motion For Attorney Fees; Order

1  counsel for the Defendant in that matter. Mr. Werlin is responsible to preparing and appearing on
2  four motions set for hearing in that matter on December 7, 2007 at 8:30 am in Glendale, California
3  (a suburb of Los Angeles) in a court that conducts law and motion hearings on Friday's only.
4  These motions are: the plaintiff's motion for a protective order, plaintiff's motion to compel
5  discovery, plaintiff's motion to amend the complaint and defendant's motion to compel discovery.
6  Defendant's motion for discovery in the Los Angeles Superior Court case was noticed for
7  December 7 only after plaintiff noticed for hearing on that date the three motions described above.
8       WHEREAS, all counsel who are moving or responding to the Motion are agreeable to
9  continuing the hearing in this matter from December 7, 2007 to December 14, 2007. Counsel
10 have not stipulated to any continuance past December 14, 2007.
11      IT IS STIPULATED AND AGREED that:
12      1.   The hearing on the Motion, now set for December 7, 2007 at 10:00 am, is
13 continued to December 14, 2007 at the same time and the dates for filing and serving opposing
14 and replying briefs is adjusted accordingly.
15      2.   This stipulation may be executed in counterparts and by facsimile, each of which
16 taken together constitutes the original.

17 DATED: November ___, 2007        BRINKMAN PORTILLO, PC

                                   By:_____
                                       Laura Portillo
                                   Special Counsel to Plaintiffs, Betta Products, Inc.
                                   and Dana McCurnin, the Trustee of the
                                   Betta Products Litigation Trust

23 DATED: November 14, 2007          MCGUIREWOODS LLP

                                   By:_____
                                       Leslie Werlin
                                   Counsel for Defendants, Transglobal
                                   Communications, Andrew Dyakon, Robert
                                   Raschke, Ralph Becker and Steve Prescott

4872722.1                                    2
Case No. CV-05-2273-CRB
Stipulation To Continue Hearing On Motion For Attorney Fees; Order

# ORDER

IT IS SO ORDERED.

DATED: November 15, 2007



United States District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer

---

4872722.1

3

Case No. CV-05-2273-CRB
Stipulation To Continue Hearing On Motion For Attorney Fees; Order