```
 1  Daren R. Brinkman (CA Bar No. 158698)
    (Email: daren@brinkmanlaw.com)
 2  Laura Portillo (CA Bar No.186813)
    (Email: laura@brinkmanlaw.com)
 3  BRINKMAN PORTILLO, PC
 4  4333 Park Terrace Dr., Suite 205
    Westlake Village, CA 91361
 5  Telephone: (818) 597-2992
    Facsimile: (818) 597-2998
 6
 7  Special Counsel to Betta Products, Inc.
    and Dana McCurnin, the Trustee of the
 8  Betta Products Litigation Trust
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTA PRODUCTS, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSGLOBAL COMMUNICATIONS, et al.,<br><br>Defendants. | No. C 05-02273 CRB<br><br>**STIPULATION TO CONTINUE HEARING DATE ON MOTION FOR ATTORNEYS' FEES TO DECEMBER 21, 2007; ORDER THEREON** |

This "Stipulation to Continue Hearing Date on Motion for Attorneys' Fees to December 21, 2007" (hereafter, "Stipulation") is made by and between special counsel of record for Betta Products, Inc., ("Betta") and Dana McCurnin, trustee of the Betta Products Litigation Trust, (collectively, "Plaintiffs"), and counsel of record for Ralph Becker, Robert Raschke, Steven Prescott, Andrew Dyakon, and Transglobal Communications Group USA, Inc., ("Transglobal") (collectively, "Defendants") with reference to the following facts and terms of agreement:

1  WHEREAS there is now set for hearing in this matter on December 14, 2007 at 10:00 a.m., a hearing on the motion by Defendants for attorneys' fees (hereafter the "Motion").

WHEREAS counsel for Plaintiffs, Ms. Portillo, has a scheduling conflict in the form of a trial in the District Court for the Central District of California.

WHEREAS all counsel who are moving or responding to the Motion are agreeable to continuing the hearing in this matter from December 14, 2007 to December 21, 2007. Counsel have not stipulated to any continuance past December 21, 1007.

IT IS STIPULATED AND AGREED that:

1. The hearing on the Motion, now set for December 14, 2007 at 10:00 a.m., is continued to December 21, 2007 at the same time and the dates for filing and serving opposing and replying briefs is adjusted accordingly.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

2

Case No. CV 05-02273-CRB
Stipulation to Continue Hearing Date on Motion for Attorneys'
Fees to December 21, 2007

2. This Stipulation may be executed in counterparts and by facsimile, each of which taken together constitutes the original.

IN WITNESS WHEREOF, the parties hereto have executed this Stipulation as of the dates set forth below by and through their respective counsel of record, or authorized representative.

DATED: November ___, 2007          MCGUIREWOODS, LLP


By: _____
    Leslie M. Werlin
    Counsel for Defendants -
    Transglobal Communications Group USA, Inc.,
    Andrew Dyakon, Ralph Becker, Robert
    Raschke, and Steve Prescott

DATED: November 21, 2007           BRINKMAN PORTILLO, PC


By: _____
    Laura J. Portillo
    Special Counsel for Plaintiffs, Betta Products,
    Inc., and Dana McCurnin, Trustee of the Betta
    Products Litigation Trust

ORDER

IT IS SO ORDERED.

DATED:  November 27, 2007
                                    _____
                                    Charles R. Breyer
                                    United States District Court Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*