MCGUIREWOODS LLP
LESLIE M. WERLIN #67994
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for Defendants Transglobal, Prescott, Raschke, Dyakon and Becker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTA PRODUCTS, INC., and DANA MCCURNIN,<br><br>Plaintiffs,<br><br>vs.<br><br>TRANSGLOBAL COMMUNICATIONS GROUP, USA, INC., et. al.,<br><br>Defendants.<br><br>———————————————<br><br>TRANSGLOBAL COMMUNICATIONS GROUP USA, INC.,<br><br>Counterclaimant,<br><br>vs.<br><br>BETTA PRODUCTS, INC., et. al,<br><br>Counter-defendants. | CASE NO. CV-05-02273 CRB<br>*[Assigned to the Hon. Charles R. Breyer]*<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS AND MOVING PARTIES TO FILE AND SERVE REPLY PAPERS IN CONNECTION WITH THE HEARING ON THEIR FEE MOTION SET FOR DECEMBER 21, 2007; AND ORDER** |

WHEREAS, there is now set for hearing in this matter on December 21, 2007 at 10:00 am, a hearing on the motion by Defendants Transglobal Communications, Steve Prescott, Andrew Dyakon, Robert Raschke, Ralph Becker ("Defendants") for attorneys fees ("the Motion").

WHEREAS, the opposition to The Motion was due on or before November 30, 2007 pursuant to the Court's local rules and the Court's order of November 27, 2007;

4906517.1                                                                 1

Case No. CV-05-2273-CRB
Stipulation To Extend Time For Filing And Service of Reply Papers Re Motion Set For December 21, 2007; Order

1    Whereas, the opposition to the motion was not filed and served through the Court's ECF
2  system until the evening of December 3, 2007 with the opposition being served at approximately
3  7:00 pm and the declarations supporting the oppositions not being served until approximately 8:50
4  pm.
5    Whereas, the reply in support of the Motion is currently due on or before December 7,
6  2007.
7    Whereas, service of the opposition as described herein has eliminated three of the seven
8  days allowed to Defendants under the Local Rules for preparation of a reply in support of the
9  Motion.
10    IT IS STIPULATED AND AGREED that:
11    1.   Defendants may have to and including December 11, 2007 in which to file and
12  serve reply papers in support of the Motion.
13    2.   This stipulation may be executed in counterparts and by facsimile, each of which
14  taken together constitutes the original.

16  DATED: December 4, 2007            BRINKMAN PORTILLO, PC

18                                     By: Laura Portillo
19                                     Laura Portillo
                                       Special Counsel to Plaintiffs, Betta Products, Inc.
20                                     and Dana McCurnin, the Trustee of the
                                       Betta Products Litigation Trust

22  DATED: December ___, 2007          MCGUIREWOODS LLP

24                                     By: _____
25                                     Leslie Werlin
                                       Counsel for Defendants, Transglobal
26                                     Communications, Andrew Dyakon, Robert
                                       Raschke, Ralph Becker and Steve Prescott

4906517.1                              2

Case No. CV-05-2273-CRB

1     Whereas, the opposition to the motion was not filed and served through the Court's ECF system until the evening of December 3, 2007 with the opposition being served at approximately 7:00 pm and the declarations supporting the oppositions not being served until approximately 8:50 pm.

    Whereas, the reply in support of the Motion is currently due on or before December 7, 2007.

    Whereas, service of the opposition as described herein has eliminated three of the seven days allowed to Defendants under the Local Rules for preparation of a reply in support of the Motion.

    IT IS STIPULATED AND AGREED that:

1.     Defendants may have to and including December 11, 2007 in which to file and serve reply papers in support of the Motion.

2.     This stipulation may be executed in counterparts and by facsimile, each of which taken together constitutes the original.

DATED: December ___, 2007      BRINKMAN PORTILLO, PC

By:_____
Laura Portillo
Special Counsel to Plaintiffs, Betta Products, Inc.
and Dana McCurnin, the Trustee of the
Betta Products Litigation Trust

DATED: December 4, 2007      MCGUIREWOODS LLP

By:_____
Leslie Werlin
Counsel for Defendants, Transglobal
Communications, Andrew Dyakon, Robert
Raschke, Ralph Becker and Steve Prescott

4906517.1

2

Case No. CV-05-2273-CRB
Stipulation To Extend Time For Filing And Service of Reply Papers Re Motion Set For December 21, 2007; Order

1 | **ORDER**

2 | IT IS SO ORDERED.

3

4

5 | DATED: December 6, 2007

_____
United States District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA